IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAYMOND CLARK,

    Plaintiff,

vs.                               Case No. 3:22cv365

UNIVERSAL HEATING &
COOLING, LLC, *et al.*,           :   JUDGE WALTER H. RICE

    Defendants.

---

DECISION AND ENTRY SUSTAINING MOTION OF THE PLAINTIFF TO REMAND TO THE OHIO COURT OF COMMON PLEAS FOR CLARK COUNTY, OHIO, GENERAL DIVISION (DOC. #16); TERMINATION ENTRY

---

Pursuant to a review of the entirety of the docket in the captioned cause, it appears to this Court that all matters involving a federal question are resolved. The sole remaining Defendant and all claims pending herein are all between an Ohio consumer and an Ohio business, involving a contract for services in Clark County, Ohio, and involve interpretations of claims under the Ohio Consumer Sales Practice Act, and other similar state claims.

Accordingly, this Court declines to exercise supplemental jurisdiction over these purely state law claims and, therefore, REMANDS the captioned cause to the Clark County Common Pleas for further proceedings.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

May 10, 2023

*Walter N. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Clark County Court of Common Pleas